IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DON E. LEWIS**                                                      **PLAINTIFF**

**V.**                          **CASE NO. 4:21-cv-01180 JM**

**BEASLEY,** *et al.*                                               **DEFENDANTS**

**ORDER**

Plaintiff Don E. Lewis filed this *pro se* 42 U.S.C. § 1983 action against multiple Defendants in Texarkana, Arkansas. (Doc. 2). Based on the facts alleged and the Defendants named, it appears that venue properly lies in the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately transfer Lewis's entire case file to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 7th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id*.